# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERY FINNEY,<br><br>                      Plaintiff,<br>vs.<br><br>UNITED STATES MARINE CORPS,<br><br>                      Defendant. | CASE NO. 07CV1668-LAB (CAB)<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*** <br><br>[Dkt No. 2] |

      Plaintiff Chery Finney, proceeding *pro se*, has filed a Complaint alleging sexual misconduct occurring during her military service. She names the United States Marine Corps as the defendant. She has not submitted the fee required to commence a federal civil action, moving instead to proceed *in forma pauperis* ("IFP"), alleging she is financially unable to pay the filing fee. She has provided the sworn affidavit required under 28 U.S.C. § 1915(a). She states she is employed by the Marine Corps as an E-4 Corporal and reports her take-home salary is about $1,500.00 twice monthly. She reports a present balance in her checking account of $1,700.00. She states she owns a financed 2002 automobile and a condominium valued at $362,000.00. She also reports having an interest in two other vehicles.

      All parties commencing any civil action or proceeding in a district court of the United States (other than a habeas corpus application) must pay a filing fee of $350.00. An action may proceed without plaintiff's prepayment of the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a); *see also* Civ.L.R. 3.2. Based on

plaintiff's affidavit, the court finds she has made an inadequate showing that indigence prevents her from prepayment of the filing fee required to commence a new action in federal court. Accordingly, she must promptly pay the filing fee in order to maintain this action. 28 U.S.C. § 1914. **IT IS HEREBY ORDERED:**

    1.    Plaintiff's Motion to proceed IFP is **DENIED.**

    2.    In order to avoid dismissal of her case, plaintiff must pay to the Clerk of Court the $350.00 fling fee no later than ***October 12, 2007***.

    3.    If plaintiff fails timely to pay the filing fee, this case will be dismissed without prejudice to the filing thereafter of a new Complaint accompanied by the filing fee.

**IT IS SO ORDERED**.

DATED: September 17, 2007

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge